1  PETER E. BRIXIE, Bar #124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880 Fax: (916) 658-1884
   peterbrixie@gmail.com

4  Attorney for PAUL DEMERS

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PAUL DEMERS, | Case No.: 2:13-CV-02096-KJN |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of April 28, 2014, and that all other due dates be extended accordingly. The extension is needed due to press of business in plaintiff's attorney's office.

////

////

////

////

////

////

////

1 | This is the 1ˢᵗ request for extension by plaintiff.

2

3 | Dated:  3/28/14                                         /s/ Peter  Brixie
                                                            PETER E. BRIXIE
                                                            Attorney at Law
4                                                           Attorney for Plaintiff

5

6 | Dated: 3/28/14                        By:       /s/  Tova D. Wolking
                                                    TOVA D. WOLKING
                                                    Special Assistant U. S. Attorney
7                                                   Attorney for Defendant

8

9 |                                    __ooo__

10 |                      APPROVED AND SO ORDERED.

11 | Dated:  March 31, 2014

12

13 |                                              _____
                                                  KENDALL J. NEWMAN
                                                  UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25