PETER E. BRIXIE, Bar #124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880 Fax: (916) 658-1884
peterbrixie@gmail.com

Attorney for PAUL DEMERS

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PAUL DEMERS, | Case No.: 2:13-CV-02096-KJN |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of May 28, 2014, and that all other due dates be extended accordingly. The extension is needed due to press of business in plaintiff's attorney's office.

This is the 2nd request for extension by plaintiff.

Dated:  4/24/14                              /s/ Peter  Brixie_____
                                             PETER E. BRIXIE
                                             Attorney at Law
                                             Attorney for Plaintiff


Dated:  4/24/14                  By:    /s/  Tova D. Wolking_____
                                             TOVA D. WOLKING
                                             Special Assistant U. S. Attorney
                                             Attorney for Defendant

\_\_ooo\_\_

APPROVED AND SO ORDERED

Dated:  April 25, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE