PETER E. BRIXIE, Bar #124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880 Fax: (916) 658-1884
peterbrixie@gmail.com

Attorney for PAUL DEMERS

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DEMERS, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant | Case No.: 2:13-CV-02096-KJN <br><br> **STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION** |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of June 16, 2014, and that all other due dates be extended accordingly. The extension is needed due to press of business in plaintiff's attorney's office.

This is the 3rd request for extension by plaintiff.

Dated: 5/28/14                               /s/ Peter Brixie
                                              PETER E. BRIXIE
                                              Attorney at Law
                                              Attorney for Plaintiff


Dated: 5/28/14                By:            /s/ Geralyn Gulseth
                                              GERALYN GULSETH for
                                              TOVA D. WOLKING
                                              Special Assistant U. S. Attorney
                                              Attorney for Defendant


                              __ooo__

              APPROVED AND SO ORDERED

Dated:  May 29, 2014

                                              _____
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE